# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** <br> v. <br> **Carlos ZAZUETA** <br> DOB: 1997; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO. <br> 22-07590MJ |

Complaint for violation of Title 18, United States Code § 554(a)

On or about August 18, 2022, in the District of Arizona, **Carlos Zazueta** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one (1) PAC117365522 7.62x 39 Pioneer Arms Corp AK47, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On August 18, 2022, **Carlos Zazueta** attempted to exit the United States and enter the Republic of Mexico through the DeConcini Port of Entry in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped a white in color 2000 Ford F150 truck bearing a Sonora, Mexico plate driven by its sole occupant **Carlos Zazueta**. A CBPO asked **Zazueta** if he was bringing any weapons, guns, and ammunition to which he replied "no". **Zazueta** stated the vehicle belonged to his father. CBPOs then asked **Zazueta** to open the doors and he said they did not open. While looking into the backseat, CBPOs could see a black in color rifle magazine laying on the backseat underneath a metal folding table. The vehicle was taken to the outbound secondary inspection area. In a subsequent search of the vehicle, CBPOs discovered a PAC117365522 7.62x 39 Pioneer Arms Corp AK47.

In a post-*Miranda* statement, **Zazueta** stated he knew that bringing weapons into Mexico from the United States was illegal. He stated that while in Mexico a year ago he was kidnapped but was released. He stated that a month ago he visited his father in Sonora, Mexico, and that while there the same people came back, threatened him, and told him that he was going to work for them. He was told to cross into the United States and meet individuals at the Food City in Nogales, Arizona. He stated that when he arrived at the Food City, he was met by a man who told him to turn around while they loaded up his vehicle. He admitted that he knew he was bringing firearms back to Mexico but did not know what type nor how many. He stated that once his vehicle was loaded up, he was to drive into Mexico and wait for individuals near a certain location.

The firearm found in **Zazueta's** possession qualifies as a United States Commerce Control List item and therefore is prohibited by law for export from the United States into Mexico without a valid license. **Zazueta** did not have a license or any other lawful authority to export this item from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED <br> Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. <br><br> AUTHORIZED BY AUSA R. Arellano *Raquel Arellano* <br> Digitally signed by RAQUEL ARELLANO <br> Date: 2022.08.19 14:17:03 -07'00' | SIGNATURE OF COMPLAINANT <br><br> **ERIC M TREGLIO** Digitally signed by ERIC M TREGLIO <br> Date: 2022.08.19 14:20:15 -07'00' |
|---|---|
| | OFFICIAL TITLE <br> HSI Special Agent Eric Treglio |
| **Sworn by telephone _x_** | |
| SIGNATURE OF MAGISTRATE JUDGE[1] <br> *Jacqueline M. Rateau* | DATE <br> August 19, 2022 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54